UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH WARD,

                  Plaintiff,

        -against-

COMMISSIONER OF THE
SOCIALSECURITY ADMINISTRATION,

                Defendant.

7:25-CV-10503

**ORDER**

**JESSICA G. L. CLARKE, United States District Judge:**

Pursuant to the Court's Order dated December 22, 2025, the parties were required to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before Magistrate Judge Reznik. *See* ECF No. 3. If both parties consent, they were required to submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form by January 9, 2026. *Id.* If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. *Id.* To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, nunc pro tunc, to **January 20, 2026**.

Dated: January 12, 2026
      White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge